1
2
3
4
5

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FLORA A. MCMURTRIE**, | **1:16cv1242  AWI BAM** |
| **Plaintiff,** | |
| | **ORDER DENYING TRO AS MOOT** |
| **vs.** | |
| **NEW YORK COMMUNITY BANCORP, INC.**, and DOES 1-10 inclusive, | **Doc. # 3** |
| **Defendant.** | |

Currently on the court's Docket is an application by plaintiff Flora A. McMurtrie for TRO to prevent the foreclosure sale of her residence.  The Application was filed on August 23, 2016, at Docket Number 3.  At 2:30 p.m. on August 24, 2016, the motion was withdrawn.

It is therefore hereby ORDERED that Plaintiff's application for TRO is hereby DENIED as moot.

IT IS SO ORDERED.

Dated:   August 24, 2016          _____

                                        SENIOR  DISTRICT  JUDGE